# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3358WA

_____

United States of America,     *
              *
      Appellee,   *  Appeal from the United States
              *  District Court for the Western
  v.          *  District of Arkansas.
              *
Bedah Donald Frey,     *   [UNPUBLISHED]
              *
      Appellant.  *

_____

Submitted: September 8, 1998
Filed: September 17, 1998

_____

Before FAGG, BRIGHT, and KELLY, Circuit Judges.

_____

PER CURIAM.

  Bedah Donald Frey appeals the sentence imposed on him after the district court revoked Frey's supervised release. Because Frey's appeal lacks merit, we conclude that an extended discussion is not warranted. First, the district court lacked authority to grant Frey the credit he sought for time spent in detention. See United States v. Wilson, 503 U.S. 329, 333-34 (1992) (sentence credit is not awarded by sentencing court, but by Bureau of Prisons). Second, the district court correctly sentenced Frey. See 18 U.S.C. § 3583 (h) (1994); United States v. St. John, 92 F.3d 761, 766 (8th Cir. 1996). We affirm the district court's judgment. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.